**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1100**

JIMMY DANH; LUONG THI LY,

            Plaintiffs - Appellants,

      v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James  K.  Bredar,  District  Judge.
(1:13-cv-01636-JKB)

Submitted:  August 21, 2014          Decided:  August 25, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scott  C.  Borison,  LEGG  LAW  FIRM,  LLC,  Frederick,  Maryland,  for
Appellants.    Edward  Hutchinson  Robbins,  Jr.,  Derek  P.
Roussillon, MILES & STOCKBRIDGE P.C., Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Danh and Luong Thi Ly appeal the district court's orders granting summary judgment in favor of the Federal National Mortgage Association ("Fannie Mae") and awarding Fannie Mae judgment in the amount of $33,726.16, plus court costs, post-judgment interest, and attorneys' fees and expenses. On appeal, Appellants assert that Fannie Mae's claims were barred by res judicata and the Rooker-Feldman[*] doctrine. Because Fannie Mae's counter-claims are distinct from those raised in the parties' prior state action and were not litigated in any prior proceeding, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).

2